Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27833−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy E Ralph
   343 Lakeview Avenue
   Ringwood, NJ 07456−2118

Social Security No.:
   xxx−xx−4668

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/31/17 and a confirmation hearing on such Plan has been scheduled for 11/15/17.

The debtor filed a Modified Plan on 11/16/17 and a confirmation hearing on the Modified Plan is scheduled for 12/6/17. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 20, 2017
JAN: lc

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27833-RG
Tracy E Ralph                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2         Date Rcvd: Nov 20, 2017
                              Form ID: 186               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
```
db            Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ  07456-2118
517044567     American Express,    PO Box 981537,    El Paso, TX  79998-1537
517044568     Barclays Bank Delaware,    125 S West St,    Wilmington, DE  19801-5014
517044569     Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
517167677     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517044570     Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE  19850-5298
517044571     Citicards CBNA,    PO Box 6241,    Sioux Falls, SD  57117-6241
517044572     Comenity Bank/Ann Taylor,    PO Box 182789,    Columbus, OH  43218-2789
517044573     Dan Ralph,    343 Lakeview Ave,    Ringwood, NJ  07456-2118
517044577     Navient,    123 S Justison St Fl 3,    Wilmington, DE  19801-5360
517104811    +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517044578     Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
517089406    +TD BANK, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517044581   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp.,      5005 N River Blvd NE,
               Cedar Rapids, IA  52411-6634)
517057755    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 22:37:04      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 22:37:04       United States Trustee,
               Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 22:49:36
               Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517044574     E-mail/Text: mrdiscen@discover.com Nov 20 2017 22:37:03      Discover Fincl Svc LLC,
               PO Box 15316,    Wilmington, DE  19850-5316
517056938     E-mail/Text: mrdiscen@discover.com Nov 20 2017 22:37:03      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517044575     E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2017 22:37:03       Kohls Department Store,
               PO Box 3115,    Milwaukee, WI  53201-3115
517044576     E-mail/Text: camanagement@mtb.com Nov 20 2017 22:37:04      M&T Bank,    PO Box 844,
               Buffalo, NY  14240-0844
517181836     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2017 23:54:02
               Portfolio Recovery Associates, LLC,     c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
517044579     E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 22:49:35      SYNCB/Toys R Us,    PO Box 965001,
               Orlando, FL  32896-5001
517049037    +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 22:50:58       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517044580     E-mail/Text: bankruptcy@td.com Nov 20 2017 22:37:05      TD Bank NA,    32 Chestnut St,
               Lewiston, ME  04240-7744
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044582*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp.,      5005 N River Blvd NE,
               Cedar Rapids, IA  52411-6634)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 20, 2017
                              Form ID: 186             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor   M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```