UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorneys for Debtor
By: Brian G. Hannon, Esq. - (BH-3645)

In Re:

Tracy E. Ralph

Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:           17-27833

Chapter:               13

Judge:                 RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 10, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 25, 2017__ :

Property:    343 Lakeview Avenue, Ringwood, NJ 07456-2118

Creditor:    M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 29, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2