Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 17−27833−RG
>Chapter: 13
>Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy E Ralph
   343 Lakeview Avenue
   Ringwood, NJ 07456−2118

Social Security No.:
   xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 8, 2018.

On 2/13/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:         March 21, 2018
Time:         09:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 20, 2018
JAN: lc

>Jeanne Naughton
>Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 17-27833-RG
Tracy E Ralph                                               Chapter 13
        Debtor               CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Feb 20, 2018
                             Form ID: 185             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ 07456-2118
517044567      American Express,    PO Box 981537,    El Paso, TX 79998-1537
517227897      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517044568      Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517044569      Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517167677      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517044570      Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
517044571      Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517044572      Comenity Bank/Ann Taylor,    PO Box 182789,    Columbus, OH 43218-2789
517044573      Dan Ralph,    343 Lakeview Ave,    Ringwood, NJ 07456-2118
517201699      ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
517044577      Navient,    123 S Justison St Fl 3,    Wilmington, DE 19801-5360
517104811     +Navient Solutions, LLC on behalf of,     NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517044578      Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
517089406     +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517044581    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,     5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
517057755     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:46:15
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517044574      E-mail/Text: mrdiscen@discover.com Feb 20 2018 23:42:07      Discover Fincl Svc LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517056938      E-mail/Text: mrdiscen@discover.com Feb 20 2018 23:42:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517044575      E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2018 23:42:12      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517192033      E-mail/Text: camanagement@mtb.com Feb 20 2018 23:42:31      M&T Bank,
                 Mortgage Payment Processing,    P.O. Box 1288,    Buffalo, NY 14240
517044576      E-mail/Text: camanagement@mtb.com Feb 20 2018 23:42:31      M&T Bank,    PO Box 844,
                 Buffalo, NY 14240-0844
517181836      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 00:07:54
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517196826      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 00:07:50
                 Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,   Norfolk VA 23541
517196827      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:51:43
                 Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,   Norfolk VA 23541
517275497      E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2018 23:42:37
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517044579      E-mail/Text: gecsedi@recoverycorp.com Feb 20 2018 23:46:15      SYNCB/Toys R Us,   PO Box 965001,
                 Orlando, FL 32896-5001
517049037     +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:46:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517044580      E-mail/Text: bankruptcy@td.com Feb 20 2018 23:42:47      TD Bank NA,    32 Chestnut St,
                 Lewiston, ME 04240-7744
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044582*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,     5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 185               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor   M&T BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```