UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, New Jersey 07631-3507
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
*Attorneys for Debtor, Tracy E. Ralph*
By: Brian G. Hannon, Esq. (BGH – 3645)



**Order Filed on April 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TRACY E. RALPH

Case No.:     17-27833(RG)

Chapter:     13

Judge:     RG

Hearing Date 04/18/2018 @ 10:30 a.m.

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

DATED: April 10, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of the Debtor, Tracy E. Ralph for a reduction of time for a hearing on Motion for Relief from the Automatic Stay under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on April 18, 2018 at 10:00 AM in the United States Bankruptcy Court 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. 3-E .

2. The applicant must serve a copy of this order on parties listed on the notice of Motion by: any of the following methods selected by the court.

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery,

☐ notice by telephone must also:

☐ be provided within ____ day(s) of the date of this order, or

☐ on the same date as this order.

3. A *Certification of Service* must be filed not later than 24 hours after the entry of this order.

4. Any objections to said motion/application:

☐ must be filed, and served on the applicant so as to be received not later than _____.

☒ may be presented at the hearing.

5. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Any objector may appear by telephone at the hearing.

☐ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.8/1/15*

2