UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, New Jersey 07631-3507
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
*Attorneys for Debtor, Tracy E. Ralph*
By: Brian G. Hannon, Esq. (BGH – 3645)

**Order Filed on April 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TRACY E. RALPH

Case No.:    17-27833(RG)

Chapter:    13

Judge:    RG

Hearing Date 04/18/2018 @ 10:30 a.m.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

~~DATED:~~ April 10, 2018

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of the Debtor, Tracy E. Ralph for a reduction of time for a hearing on Motion for Relief from the Automatic Stay under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __April 18, 2018__ at __10:00 AM__ in the United States Bankruptcy Court 3rd Floor, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. __3-E__.

2. The applicant must serve a copy of this order on __parties listed on the notice of Motion__ by: __any of the following methods selected by the court.__

   ☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery,

   ☐ notice by telephone must also:

   ☐ be provided within _____ day(s) of the date of this order, or

   ☐ on the same date as this order.

3. A *Certification of Service* must be filed not later than 24 hours after the entry of this order.

4. Any objections to said motion/application:

   ☐ must be filed, and served on the applicant so as to be received not later than _____.

   ☒ may be presented at the hearing.

5. ☒ Court appearances are required to prosecute said motion/application and any objections.

   ☐ Any objector may appear by telephone at the hearing.

   ☐ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-27833-RG
Tracy E Ralph                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Apr 10, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
db          Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ   07456-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:
    Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
    BKcourtnotices@parkermccay.com
    Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
    sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5