Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27833−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy E Ralph
   343 Lakeview Avenue
   Ringwood, NJ 07456−2118

Social Security No.:
   xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       5/1/18
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney,

COMMISSION OR FEES
$5,885.50

EXPENSES
$172.16

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 11, 2018
JAN:

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 17-27833-RG
Tracy E Ralph                                                   Chapter 13
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2             Date Rcvd: Apr 11, 2018
                               Form ID: 137                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ 07456-2118
aty           +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
517044567      American Express,    PO Box 981537,    El Paso, TX 79998-1537
517227897      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517044568      Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517044569      Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517167677      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517044570      Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
517044571      Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517044572      Comenity Bank/Ann Taylor,    PO Box 182789,    Columbus, OH 43218-2789
517044573      Dan Ralph,    343 Lakeview Ave,    Ringwood, NJ 07456-2118
517201699      ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
517044577      Navient,    123 S Justison St Fl 3,    Wilmington, DE 19801-5360
517104811     +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517044578      Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
517089406     +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517044581    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,      5005 N River Blvd NE,
                Cedar Rapids, IA 52411-6634)
517057755     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517395513      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:39       U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:35       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:09:34
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517044574      E-mail/Text: mrdiscen@discover.com Apr 12 2018 00:01:50       Discover Fincl Svc LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
517056938      E-mail/Text: mrdiscen@discover.com Apr 12 2018 00:01:50       Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517044575      E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2018 00:01:58       Kohls Department Store,
                PO Box 3115,    Milwaukee, WI 53201-3115
517192033      E-mail/Text: camanagement@mtb.com Apr 12 2018 00:02:24       M&T Bank,
                Mortgage Payment Processing,    P.O. Box 1288,    Buffalo, NY 14240
517044576      E-mail/Text: camanagement@mtb.com Apr 12 2018 00:02:24       M&T Bank,    PO Box 844,
                Buffalo, NY 14240-0844
517181836      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 00:10:32
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
517196826      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 00:08:53
                Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,    Norfolk VA 23541
517196827      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 00:16:53
                Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,    Norfolk VA 23541
517275497      E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2018 00:02:30
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517044579      E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:10:28       SYNCB/Toys R Us,    PO Box 965001,
                Orlando, FL 32896-5001
517049037     +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:09:34       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517044580      E-mail/Text: bankruptcy@td.com Apr 12 2018 00:02:43       TD Bank NA,    32 Chestnut St,
                Lewiston, ME 04240-7744
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044582*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,      5005 N River Blvd NE,
                Cedar Rapids, IA 52411-6634)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2                   User: admin                     Page 2 of 2                   Date Rcvd: Apr 11, 2018
                                       Form ID: 137                    Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor   M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Attorney   Norgaard O'Boyle bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```