**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
TRACY E RALPH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  17-27833RG

HEARING DATE:  05/01/2018 at 10:00 a.m.

### TRUSTEE'S LIMITED OBJECTION TO DEBTOR(S) ATTORNEY'S APPLICATION FOR COMPENSATION

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of limited objection to the Debtor(s) Attorney's Application for Compensation, respectfully objects as follows:

- While there is no objection per se to the fees requested, the Order entered on 3/28/18 requires an increase in plan payments for further fees.
- The proposed form of order does not include any increase in plan payments. Same should be revised to increase payments to $779 commencing with the May, 2018 plan payment for the remaining 52 months of the plan.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Attorney's Application for Compensation in its present form be denied.

Dated:  April 16, 2018

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee