Norgaard O'Boyle
184 Grand Avenue
Englewood, New Jersey 07631-3507
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
*Attorneys for Debtor, Tracy E. Ralph*
By: Brian G. Hannon, Esq. (BGH – 3645)

FILED
JEANNE A. NAUGHTON, CLERK
APR 19 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

| In Re: |
|---|
| TRACY E. RALPH, |
| Debtor. |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13

Case No. 17-27833 (RG)

HEARING DATE: 4-18-18

## ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered (2) through (2), is hereby **ORDERED**.

4-19-18   _____
          USBJ

Debtor: TRACY E. RALPH
Case No. 17-27833 (RG)
ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

THIS MATTER came to the attention of the Court upon the Motion of the Debtor pursuant to Bankruptcy Code section 362(a) seeking Relief from the Automatic Stay as to certain property as hereinafter set forth, and for cause shown, it is ORDERED:

1. Debtor's Motion Vacating the Automatic Stay for the sole purpose of recording a deed is hereby GRANTED;

2. The Debtor is authorized to record the deed executed on July 8, 2014 concerning her real property commonly known as 343 Lakeview Ave., Ringwood, NJ 07456-2118, transfering the property from Tracy Ralph to Tracy and Daniel Ralph;

3. The Passaic County Clerk is authorized to record the deed referenced in section 2 of this Order;

4. Notwithstanding Bankruptcy Rule 6004(h) this Order is effective immediately upon entry.