Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27833−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Tracy E Ralph
　　343 Lakeview Avenue
　　Ringwood, NJ 07456−2118

Social Security No.:
　　xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/18 at 10:30 AM

to consider and act upon the following:

**65** − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:64 Motion to Approve Loan Modification with M&T Bank Filed by Brian Gregory Hannon on behalf of Tracy E Ralph. Objection deadline is 06/13/2018. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Exhibit # 4 Proposed Order) filed by Debtor Tracy E Ralph) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/4/18

　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court