Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−27833−RG
    Chapter:  13
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy E Ralph
   343 Lakeview Avenue
   Ringwood, NJ 07456−2118

Social Security No.:
   xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/18 at 10:30 AM

to consider and act upon the following:

*65* − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:64 Motion to Approve Loan Modification with M&T Bank Filed by Brian Gregory Hannon on behalf of Tracy E Ralph. Objection deadline is 06/13/2018. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Exhibit # 4 Proposed Order) filed by Debtor Tracy E Ralph) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/4/18

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Tracy E Ralph  
     Debtor

Case No. 17-27833-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 04, 2018  
                             Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.  
db          Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ   07456-2118  
aty        +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2018 23:28:05  
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                                     TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:  
         Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Brian Gregory Hannon    on behalf of Attorney    Norgaard O'Boyle bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                             TOTAL: 6