Norgaard O'Boyle
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Telecopier Number (201) 871-3161
Attorneys for Debtor
By: Brian G. Hannon, Esq. (BGH – 3645)

| In Re: | UNITED STATES BANKRUPTCY FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE |
|---|---|
| **Tracy E. Ralph** | Chapter 13 |
| Debtor. | Case No. 17-27833 (RG) |
| | **HEARING DATE: July 18, 2018** |

## CERTIFICATION IN RESPONSE TO THE STANDING TRUSTEE'S OPPOSITION TO THE MOTION TO APPROVE LOAN MODIFICATION

I, Brian G. Hannon, Esq. certifies as follows:

1. I am a partner of Norgaard O'Boyle, counsel to the Debtor in the above-referenced matter. I write this certification in response to the opposition filed by the Standing Trustee to the Motion to Approve Loan Modification.

2. Standing Trustee filed her opposition to the Motion to Approve Loan Modification stating that an amended plan should be filed to reflect the additional surplus created by the loan modification. The Debtor has filed a modified Chapter 13 plan which increases the monthly payment to the trustee moving forward due to the additional surplus created by the modified mortgage payment amount.

3. That being said, the Debtor's Motion to Approve Loan Modification should be granted accordingly.

I certify that the foregoing statements are true. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

NORGAARD O'BOYLE
*Attorney for the Debtor*

Dated: June 12, 2018          By: /s/ Brian G. Hannon
                                  Brian G. Hannon, Esq.