Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27833−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy E Ralph
   343 Lakeview Avenue
   Ringwood, NJ 07456−2118

Social Security No.:
   xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 28, 2018.

On 6/12/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:             July 18, 2018
Time:             09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 13, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27833-RG
Tracy E Ralph                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 13, 2018
                              Form ID: 185          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
```
db              Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ 07456-2118
aty            +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
517044567       American Express,    PO Box 981537,    El Paso, TX 79998-1537
517227897       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517044568       Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517167677       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517044570       Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
517044571       Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517044572       Comenity Bank/Ann Taylor,    PO Box 182789,    Columbus, OH 43218-2789
517044573       Dan Ralph,    343 Lakeview Ave,    Ringwood, NJ 07456-2118
517201699       ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
517044577       Navient,    123 S Justison St Fl 3,    Wilmington, DE 19801-5360
517104811      +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517044578       Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
517089406      +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517044581     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
517395513       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517057755      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2018 23:08:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2018 23:08:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 23:13:52
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517044569       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 23:14:03
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517044572       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2018 23:08:18     Comenity Bank/Ann Taylor,
                 PO Box 182789,    Columbus, OH 43218-2789
517044574       E-mail/Text: mrdiscen@discover.com Jun 13 2018 23:07:44     Discover Fincl Svc LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517056938       E-mail/Text: mrdiscen@discover.com Jun 13 2018 23:07:44     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517044575       E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2018 23:07:48     Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517192033       E-mail/Text: camanagement@mtb.com Jun 13 2018 23:08:13     M&T Bank,
                 Mortgage Payment Processing,    P.O. Box 1288,    Buffalo, NY 14240
517044576       E-mail/Text: camanagement@mtb.com Jun 13 2018 23:08:13     M&T Bank,    PO Box 844,
                 Buffalo, NY 14240-0844
517181836       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 23:12:47
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517196826       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 23:12:46
                 Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,    Norfolk VA 23541
517196827       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 23:13:24
                 Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,    Norfolk VA 23541
517275497       E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2018 23:08:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517044579       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 23:13:52     SYNCB/Toys R Us,    PO Box 965001,
                 Orlando, FL 32896-5001
517049037      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 23:13:52     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517044580       E-mail/Text: bankruptcy@td.com Jun 13 2018 23:08:46     TD Bank NA,    32 Chestnut St,
                 Lewiston, ME 04240-7744
                                                                                             TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044582*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp.,    5005 N River Blvd NE,
                Cedar Rapids, IA 52411-6634)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 13, 2018
                              Form ID: 185             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Attorney    Norgaard O'Boyle bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6