| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NORGAARD O'BOYLE<br>184 Grand Avenue<br>Englewood, NJ 07631<br>Phone (201) 871-1333<br>*Counsel to Debtor*<br>By: Brian Gregory Hannon, Esq. (BGH-3645) | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JUL 2 7 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| In Re:<br><br>Tracy E. Ralph,<br><br>                      Debtor | Case No.: 17-27833 RG<br><br>Hearing Date: 7/18/2018<br><br>Judge: Honorable Rosemary Gambardella |

**ORDER APPROVING LOAN MODIFICATION AND MODIFIYING SECURED CLAIM**
**OF M & T BANK**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

7-27-18    /s/ Rosemary Gambardella
              USBJ

This matter came to the attention of the Court by way of the Debtor's Motion to Approve Loan Modification Agreement with M & T Bank, the mortgage servicer on the Debtor's residence at 343 Lakeview Drive, Ringwood, New Jersey 07456. The court has considered the Motion and all opposition thereto. The Court finds good cause to make the following order.

IT IS ORDERED as follows:

1. The Loan Modification Agreement between the Debtors and M & T Bank is approved.

2. The claim of M & T Bank shall be reduced to a $553,793.16 secured claim with $0.00 in arrears and shall be treated outside the Chapter 13 plan.

3. That there shall be no further distribution to M & T Bank.

4. A copy of this Order shall be served upon all counsel of record within __7__ days of entry hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Tracy E Ralph  
    Debtor

Case No. 17-27833-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jul 27, 2018  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db          Tracy E Ralph,   343 Lakeview Avenue,   Ringwood, NJ  07456-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
      Brian E Caine   on behalf of Creditor   M&T BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      Brian Gregory Hannon   on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
      Brian Gregory Hannon   on behalf of Attorney   Norgaard O'Boyle bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                            TOTAL: 6