Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–27833–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tracy E Ralph
    343 Lakeview Avenue
    Ringwood, NJ 07456–2118

Social Security No.:
    xxx–xx–4668

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        11/6/18
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney,

COMMISSION OR FEES
$780.50

EXPENSES
$5.55

Creditors may be heard before the applications are determined.

        In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: October 18, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27833-RG
Tracy E Ralph                                                                   Chapter 13
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0312-2            User: admin            Page 1 of 2            Date Rcvd: Oct 18, 2018
                               Form ID: 137            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db            Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ  07456-2118
aty          +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
517044567     American Express,    PO Box 981537,    El Paso, TX  79998-1537
517227897     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
517044568     Barclays Bank Delaware,    125 S West St,    Wilmington, DE  19801-5014
517167677     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517044570     Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE  19850-5298
517044571     Citicards CBNA,    PO Box 6241,    Sioux Falls, SD  57117-6241
517044573     Dan Ralph,    343 Lakeview Ave,    Ringwood, NJ  07456-2118
517201699     ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
517044577     Navient,    123 S Justison St Fl 3,    Wilmington, DE  19801-5360
517104811    +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517044578     Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
517089406    +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517044581   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corp,    5005 N River Blvd NE,
              Cedar Rapids, IA  52411-6634)
517057755    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
517395513     Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:59     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:04:43
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517044569     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:06:27
              Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
517044572     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2018 23:51:43     Comenity Bank/Ann Taylor,
              PO Box 182789,    Columbus, OH  43218-2789
517044574     E-mail/Text: mrdiscen@discover.com Oct 18 2018 23:50:59     Discover Fincl Svc LLC,
              PO Box 15316,    Wilmington, DE  19850-5316
517056938     E-mail/Text: mrdiscen@discover.com Oct 18 2018 23:50:59     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517044575     E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2018 23:51:07     Kohls Department Store,
              PO Box 3115,    Milwaukee, WI  53201-3115
517192033     E-mail/Text: camanagement@mtb.com Oct 18 2018 23:51:28     M&T Bank,
              Mortgage Payment Processing,    P.O. Box 1288,    Buffalo, NY 14240
517044576     E-mail/Text: camanagement@mtb.com Oct 18 2018 23:51:28     M&T Bank,    PO Box 844,
              Buffalo, NY  14240-0844
517181836     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:17:34
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
              Norfolk VA 23541
517196826     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:18:01
              Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,    Norfolk VA 23541
517196827     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:06:24
              Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,    Norfolk VA 23541
517275497     E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2018 23:51:52
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517044579     E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:04:43     SYNCB/Toys R Us,    PO Box 965001,
              Orlando, FL  32896-5001
517049037    +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 00:06:13     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517044580     E-mail/Text: bankruptcy@td.com Oct 18 2018 23:52:04     TD Bank NA,    32 Chestnut St,
              Lewiston, ME  04240-7744
                                                                                      TOTAL: 17


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044582*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corp.,    5005 N River Blvd NE,
              Cedar Rapids, IA  52411-6634)
                                                                           TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin            Page 2 of 2          Date Rcvd: Oct 18, 2018
                              Form ID: 137            Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor   M&T BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian Gregory Hannon    on behalf of Attorney   Norgaard O'Boyle bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 6
```