Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27833−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy E Ralph
   343 Lakeview Avenue
   Ringwood, NJ 07456−2118

Social Security No.:
   xxx−xx−4668

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    3/18/20
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
$3,377.50

EXPENSES
$34.90

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 25, 2020
JAN:

                                                                      Jeanne Naughton
                                                                      Clerk

Case 17-27833-RG    Doc 90    Filed 02/27/20    Entered 02/28/20 00:32:08    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-27833-RG
Tracy E Ralph                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Feb 25, 2020
                              Form ID: 137               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db              Tracy E Ralph,    343 Lakeview Avenue,    Ringwood, NJ  07456-2118
aty            +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
517044567       American Express,    PO Box 981537,    El Paso, TX  79998-1537
517227897       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517044568       Barclays Bank Delaware,    125 S West St,    Wilmington, DE  19801-5014
517167677       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517044570       Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE  19850-5298
517044571       Citicards CBNA,    PO Box 6241,    Sioux Falls, SD  57117-6241
517044573       Dan Ralph,    343 Lakeview Ave,    Ringwood, NJ  07456-2118
517201699       ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
517104811      +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517044578       Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
517089406      +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517044581     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,     5005 N River Blvd NE,
                 Cedar Rapids, IA  52411-6634)
517395513       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517057755      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 23:59:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 23:59:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:05:29
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517044569       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 26 2020 00:06:24
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
517044572       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 23:59:14      Comenity Bank/Ann Taylor,
                 PO Box 182789,    Columbus, OH  43218-2789
517044574       E-mail/Text: mrdiscen@discover.com Feb 25 2020 23:58:21      Discover Fincl Svc LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
517056938       E-mail/Text: mrdiscen@discover.com Feb 25 2020 23:58:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517044575       E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 23:58:29      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI  53201-3115
517192033       E-mail/Text: camanagement@mtb.com Feb 25 2020 23:58:55      M&T Bank,
                 Mortgage Payment Processing,    P.O. Box 1288,    Buffalo, NY 14240
517044576       E-mail/Text: camanagement@mtb.com Feb 25 2020 23:58:55      M&T Bank,    PO Box 844,
                 Buffalo, NY  14240-0844
517044577      +E-mail/PDF: pa_dc_claims@navient.com Feb 26 2020 00:07:28      Navient,    123 S Justison St Fl 3,
                 Wilmington, DE 19801-5363
517181836       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:20:19
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517196826       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:20:20
                 Portfolio Recovery Associates, LLC,    c/o Nfl Extra Points,    POB 41067,    Norfolk VA 23541
517196827       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 00:19:47
                 Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,    Norfolk VA 23541
517275497       E-mail/Text: bnc-quantum@quantum3group.com Feb 25 2020 23:59:23
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517044579       E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:05:29      SYNCB/Toys R Us,    PO Box 965001,
                 Orlando, FL  32896-5001
517049037      +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 00:06:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517044580       E-mail/Text: bankruptcy@td.com Feb 25 2020 23:59:34      TD Bank NA,    32 Chestnut St,
                 Lewiston, ME  04240-7744
                                                                                                TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044582*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp.,    5005 N River Blvd NE,
                 Cedar Rapids, IA  52411-6634)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 25, 2020
                              Form ID: 137             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:

```
          Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian Gregory Hannon    on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian Gregory Hannon    on behalf of Attorney    Norgaard O'Boyle bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```