|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtor<br>By:  Brian G. Hannon, Esq. (BH - 3645) | **Order Filed on March 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>TRACY E. RALPH<br><br>                              Debtor. | Case No.:            17-27833<br><br>Chapter:              13<br><br>Judge:                  RG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 26, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____3,377.50_____ for services rendered and expenses in the amount of $\_\_\_\_34.90_____ for a total of $_____3,412.40_____ . The allowance is payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

The Debtor's Plan is hereby modified to be a 100% plan as to all creditors who filed timely proof of claims in the case. The Debtor made a $22,063.00 plan payment on March 3, 2020. The Debtor will continue to make monthly payments in the amount of $779 for the remaining 29 months of the plan, or until such time as all creditors who filed a timely proof of claim are paid in full.

*rev.8/1/15*