UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtor
By:  Brian G. Hannon, Esq. (BH - 3645)

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TRACY E. RALPH

                    Debtor.

Case No.:   17-27833

Chapter:    13

Judge:      RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 26, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____3,377.50_____ for services rendered and expenses in the amount of $_____34.90_____ for a total of $_____3,412.40_____. The allowance is payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

The Debtor's Plan is hereby modified to be a 100% plan as to all creditors who filed timely proof of claims in the case. The Debtor made a $22,063.00 plan payment on March 3, 2020. The Debtor will continue to make monthly payments in the amount of $779 for the remaining 29 months of the plan, or until such time as all creditors who filed a timely proof of claim are paid in full.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Tracy E Ralph
    Debtor

Case No. 17-27833-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 27, 2020
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
db        Tracy E Ralph,   343 Lakeview Avenue,   Ringwood, NJ 07456-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
        Brian E Caine   on behalf of Creditor   M&T BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Brian Gregory Hannon   on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Brian Gregory Hannon   on behalf of Attorney   Norgaard O'Boyle bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 6