|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtor<br>By:  Brian G. Hannon, Esq. (BH - 3645) | Order Filed on August 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>TRACY E. RALPH<br>　　　　　　　　Debtor. | Case No.:　　17-27833<br><br>Chapter:　　13<br><br>Judge:　　RG |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 10, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Norgaard, O'Boyle & Hannon _____, the applicant, is allowed a fee of $ _____ 753.50 _____ for services rendered and expenses in the amount of $ ___ 17.30 ___ for a total of $ _____ 770.80 _____ . The allowance is payable:

- [x] through the Chapter 13 plan as an administrative priority.
- [ ] outside the plan.

The Debtor's Plan is a 100% plan as to all creditors who filed timely proof of claims in the case. The Debtor made a $22,063.00 plan payment on March 3, 2020. The Debtor will continue to make monthly payments in the amount of $779 for the remaining 29 months of the plan, or until such time as all creditors who filed a timely proof of claim are paid in full.

*rev.8/1/15*