**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tracy E Ralph<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4668<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–27833–RG | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tracy E Ralph

11/17/20                                          **By the court:** Rosemary Gambardella
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Tracy E Ralph  
    Debtor(s)

Case No. 17-27833-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 17, 2020      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tracy E Ralph, 343 Lakeview Avenue, Ringwood, NJ 07456-2118 |
| aty | + | Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 517044573 | | Dan Ralph, 343 Lakeview Ave, Ringwood, NJ 07456-2118 |
| 518930262 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517104811 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517044578 | | Parker McCay, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 517089406 | + | TD BANK, N.A., Payment Processing, PO BOX 16029, Lewiston, ME 04243-9507 |
| 517057755 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2020 21:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2020 21:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Nov 18 2020 01:58:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517044567 | | EDI: AMEREXPR.COM | Nov 18 2020 01:58:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517227897 | | EDI: BECKLEE.COM | Nov 18 2020 01:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517044568 | | EDI: TSYS2.COM | Nov 18 2020 01:58:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 517044569 | | EDI: CAPITALONE.COM | Nov 18 2020 01:58:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517167677 | | EDI: BL-BECKET.COM | Nov 18 2020 01:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517044571 | | EDI: CITICORP.COM | Nov 18 2020 01:58:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517044572 | | EDI: WFNNB.COM | Nov 18 2020 01:58:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 517044574 | | EDI: DISCOVER.COM | Nov 18 2020 01:58:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517056938 | | EDI: DISCOVER.COM | Nov 18 2020 01:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517201699 | | EDI: ECMC.COM | | |

Case 17-27833-RG   Doc 103   Filed 11/19/20   Entered 11/20/20 00:18:50   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 18 2020 01:58:00 | ECMC, PO BOX 16408, ST.PAUL, MN 55116-0408 |
| 517044570 | | EDI: JPMORGANCHASE | Nov 18 2020 01:58:00 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 517044575 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2020 21:38:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517192033 | | Email/Text: camanagement@mtb.com | Nov 17 2020 21:39:00 | M&T Bank, Mortgage Payment Processing, P.O. Box 1288, Buffalo, NY 14240 |
| 517044576 | | Email/Text: camanagement@mtb.com | Nov 17 2020 21:39:00 | M&T Bank, PO Box 844, Buffalo, NY 14240-0844 |
| 517044577 | + | EDI: NAVIENTFKASMSERV.COM | Nov 18 2020 01:58:00 | Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5363 |
| 517181836 | | EDI: PRA.COM | Nov 18 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517196826 | | EDI: PRA.COM | Nov 18 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Nfl Extra Points, POB 41067, Norfolk VA 23541 |
| 517196827 | | EDI: PRA.COM | Nov 18 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 517275497 | | EDI: Q3G.COM | Nov 18 2020 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517044579 | | EDI: RMSC.COM | Nov 18 2020 01:58:00 | SYNCB/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 517049037 | + | EDI: RMSC.COM | Nov 18 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517044580 | | EDI: TDBANKNORTH.COM | Nov 18 2020 01:58:00 | TD Bank NA, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 517044581 | | EDI: TFSR.COM | Nov 18 2020 01:58:00 | Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517395513 | | EDI: BL-BECKET.COM | Nov 18 2020 01:58:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518930263 | * | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517044582 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2020           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian E Caine | on behalf of Creditor M&T BANK bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Brian Gregory Hannon | on behalf of Debtor Tracy E Ralph bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Attorney Norgaard O'Boyle bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6